CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, BRIAN WHITAKER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KR PRIVATE PROPERTIES LA, LLC, a California Limited Liability Company; Il TRAMEZZINO, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants, | Case No.: 2:19-CV-05877-JFW-PLA<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: January 27, 2020        /s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　Attorney for Plaintiff